United States District Court
Southern District of Texas
**ENTERED**
March 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-03944 |
| AL COPELAND ENTERPRISES, INC. ) | |
| and Z & H FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed March 29, 2022, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted by Plaintiff, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on ___March 29, 2022___.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record